## STATE OF CONNECTICUT *v.* GERCI PEREIRA

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 705 (AC 29647), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*John Serrano*, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided June 3, 2009

## STATE OF CONNECTICUT *v.* MICHAEL DALY

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 397 (AC 29080), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration of or decision on this petition.

*Suzanne Z. Curtis*, senior assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided June 11, 2009

## MARK S. URICH *v.* RICHARD FISH

The plaintiff's petition for certification for appeal from the Appellate Court, 112 Conn. App. 837 (AC 29030), is denied.

*Max F. Brunswick*, in support of the petition.

Decided June 11, 2009